**SOUTHERN FURNITURE CO. v. DEPT. OF TRANSPORTATION**

[346 N.C. 169 (1997)]

SOUTHERN FURNITURE COMPANY OF CONOVER, INC. v. DEPARTMENT OF TRANSPORTATION

No. 175PA96

(Filed 9 May 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 122 N.C. App. 113, 468 S.E.2d 523 (1996), affirming an order denying defendant's motion to dismiss pursuant to Rule 12(b)(1), (2), and (6) entered by Wood, J., on 2 March 1995 in Superior Court, Guilford County. Heard in the Supreme Court 15 April 1997.

*Keziah, Gates & Samet, L.L.P., by Andrew S. Lasine, for plaintiff-appellee.*

*Michael F. Easley, Attorney General, by Eugene A. Smith, Senior Deputy Attorney General, and David R. Minges, Assistant Attorney General, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.